# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** JUNE MARIE BAILEY
**Case Number:** 16-70078-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 29, 2016 09:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#8 - Final Confirmation of Plan Dated 2/11/16 NFC
R / M #: 8 / 0

### *Appearances:*

Debtor: Fieschko
Trustee: Winnecour / ~~Bedford~~ / Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 10-20-16
   Objections are due on or before 11-10-16
   A hearing on the Amended Plan is set for 11-17-16 at 9:00
9. ____ Contested Hearing: _____ at _____.
10. ____ Other:

**FILED**
OCT 03 2016
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

9/22/2016   1:12:25PM