IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | JUNE BAILEY, | BANKRUPTCY CASE NO. 16-70078<br>CHAPTER 13 |
| | Debtor | Conciliation Date: November 17, 2016@9:00AM |
| | JUNE BAILEY,<br>Movant | Related Document No.: 28 - 25 |

vs.

RONDA J. WINNECOUR, Chapter 13 Trustee

        Respondent
:

CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN DATED OCTOBER 10, 2016, NOTICE OF PROPOSED MODIFICAITON  TO CONFIRMED PLAN AND ORDER

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 10, 2016.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail and Electronic Filing.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Electronic Filing:

Ronda J. Winnecour, Chapter 13 trustee
US Trustee's Office

First Class Mail:

A.R.M.
PO Box 3666
Camarillo, CA 93011

Agency Insurance Company
PO Box 8900
Elkridge, MD 21075

Aldous & Associates, PLLC
PO Box 171374
Salt Lake City, UT 84117

Ally
PO Box 380901
Minneapolis, MN 55438

Boswell Fire Dep. Ambulance
PO Box 816
Johnstown, PA 15907

Cambria Somerset Radiology
239 Main Street, Ste 400
Johnstown, PA 15901

CMC
2121 Noblestown Road
Pittsburgh, PA 15242

Conemaugh Memorial Medical Center
PO Box 643928
Pittsburgh, PA 15264

Conemaugh Physician Group
PO Box 644633
Pittsburgh, PA 15264

Direct TV
PO Box 11732
Newark, NJ 07101

Direct TV
PO Box 78626
Phoenix, AZ 85062

Forest B. Fordham, III
351 Budfield St.
Johnstown, PA 15904

Foundation Radiology Group
PO Box 49
Pittsburgh, PA 15230

Johnstown Hospitalists Service
1407 Eisenhower Blvd. Ste 104
Johnstown, PA 15904

Medical Associates of Boswell
430 Stoneycreek Street
Boswell, PA 15531

Nationstar
PO Box 650783
Dallas, TX 75265

Northwest Consumer Discount
PO Box 5487
Johnstown, PA 15904

PA Municipal Service
336 Delaware Avenue
Oakmont, PA 15139

Penelec
PO Box 16001
Reading, PA 19612

Penelec
PO Box 3687
Acosta, PA 15520

Pennsylvania Collection Service
PO Box 893
Washington, PA 15301

Somerset Anesthesia, Inc.
1699 Washington Rd. Ste 307
Pittsburgh, PA 15228-1000

Somerset Cardiology
329 S. Pleasant Avenue
Somerset, PA 15501

Somerset Hospital
225 S. Center Street
Somerset, PA 15501

Somerset Pulmonary Medicine
329 S. Pleasant Avenue
Somerset, PA 15501

Suburban Propane
PO Box J
Whippany, NJ 07981

The CBE Group
PO Box 2594
Waterloo, IA 50704

Verizon
PO box 25505
Lehigh Valley, PA 18002

Executed on: October 10, 2016        By:/s/Joseph E. Fieschko, Jr.
                                         Joseph E. Fieschko, Jr.