# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:
- **Debtor:** JUNE MARIE BAILEY
- **Case Number:** 16-70078-JAD  **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 17, 2016 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:
#28 - Amended Plan Dated 10/10/2016 -NFC
R / M #:  28 / 0

### Appearances:
- **Debtor:** Fieschko
- **Trustee:** Winnecour / (Bedford) / Pail / Katz
- **Creditor:** M. McClelland - US Bank...

### Proceedings: No payments since August —
### Outcome: Mortgage had a modification not reflected in the P.O.C.

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1-5-17 at 9:30.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:



FILED
NOV 17 2016
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

11/9/2016   3:46:09PM