IN THE UNITED STATES BANKRUPTCY COURT
FOR THEWESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 16-70078 |
| | ) | |
| JUNE BAILEY, | ) | Chapter: 13 |
|     Debtor, | ) | |
| | ) | Hearing Date: January 11, 2017@9:30AM |
| JUNE BAILEY, | ) | |
|     Movant, | ) | Response Due:  January 4, 2017 |
| | ) | |
|     v. | ) | Related Doc. No.:  31 |
| | ) | |
| RONDA WINNECOUR, Chapter 13 | ) | |
| Trustee, | ) | |
|     Respondent | ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING DEBTOR'S MOTION TO CONVERT CASE FROM CHAPTER 13 TO
CHAPTER 7**

TO THE RESPONDENT(S):

    You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than November 23, 2016(i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and the Motion to a lawyer at once.

    A hearing will be held on January 11, 2017@9:30 AM. before Judge Jeffrey A. Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: <u>December 2, 2016</u>

    By:/s/<u>Joseph E. Fieschko, Jr.</u>
    Joseph E. Fieschko Jr., Esquire
    Attorney for the Movant
    Suite 2230
    436 Seventh Avenue
    Pittsburgh PA  15219
    (412) 281-2204

FAX 412-338-9169
joe@fieschko.com
PA I.D.# 28797

IN THE UNITED STATES BANKRUPTCY COURT
FOR THEWESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 16-70078 |
| | ) | |
| JUNE BAILEY, | ) | Chapter: 13 |
|     Debtor, | ) | |
| | ) | Hearing Date: January 11, 2017@9:30AM |
| JUNE BAILEY, | ) | |
|     Movant, | ) | Response Due:  January 4, 2017 |
| | ) | |
|     v. | ) | Related Doc. No.  31 |
| | ) | |
| RONDA WINNECOUR, Chapter 13 | ) | |
| Trustee, | ) | |
|     Respondent | ) | |

## CERTIFICATE OF SERVICE

I, Joseph E. Fieschko Jr. certify under penalty of perjury that I have served true and correct copies of the Notice of Hearing and Motion to Convert Case from Chapter 13 to Chapter 7 on the following this 2nd day of December, 2016 by Certified Mail, First Class Mail, postage prepaid and electronic filing:

Electronic filing:
Robert H. Slone, Trustee
Office of the U.S. Trustee

First Class Mail:
A.R.M.
PO Box 3666
Camarillo, CA 93011

Agency Insurance Company
PO Box 8900
Elkridge, MD 21075

Aldous & Associates, PLLC
PO Box 171374

Salt Lake City, UT 84117

Ally
PO Box 380901
Minneapolis, MN 55438

Boswell Fire Dep. Ambulance
PO Box 816
Johnstown, PA 15907

Cambria Somerset Radiology
239 Main Street, Ste 400
Johnstown, PA 15901

CMC
2121 Noblestown Road
Pittsburgh, PA 15242

Conemaugh Memorial Medical Center
PO Box 643928
Pittsburgh, PA 15264

Conemaugh Physician Group
PO Box 644633
Pittsburgh, PA 15264

Direct TV
PO Box 11732
Newark, NJ 07101

Direct TV
PO Box 78626
Phoenix, AZ 85062

Forest B. Fordham, III
351 Budfield St.
Johnstown, PA 15904

Foundation Radioloogy Group
PO Box 49
Pittsburgh, PA 15230

Johnstown Hospitalists Service
1407 Eisenhower Blvd. Ste 104
Johnstown, PA 15904

Medical Associates of Boswell
430 Stoneycreek Street
Boswell, PA 15531

Nationstar
PO Box 650783
Dallas, TX 75265

Northwest Consumer Discount
PO Box 5487
Johnstown, PA 15904

PA Municipal Service
336 Delaware Avenue
Oakmont, PA 15139

Penelec
PO Box 16001
Reading, PA 19612

Penelec
PO Box 3687
Acosta, PA 15520

Pennsylvania Collection Service
PO Box 893
Washington, PA 15301

Somerset Anesthesia, Inc.
1699 Washington Rd. Ste 307
Pittsburgh, PA 15228-1000

Somerset Cardiology
329 S. Pleasant Avenue
Somerset, PA 15501

Somerset Hospital
225 S. Center Street
Somerset, PA 15501

Somerset Pulmonary Medicine
329 S. Pleasant Avenue
Somerset, PA 15501

Suburban Propane
PO Box J

Whippany, NJ 07981

The CBE Group
PO Box 2594
Waterloo, IA 50704

Verizon
PO box 25505
Lehigh Valley, PA 18002

By:/s/ Joseph E. Fieschko Jr.
Attorney for the Movant
Suite 2230
436 Seventh Avenue
Pittsburgh PA  15219
(412) 281-2204
FAX 412-338-9169
joe@fieschko.com
PA I.D.# 28797