IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUNE BAILEY, | : | BANKRUPTCY NO. 16-70078 |
| | : | CHAPTER 13 |
| Debtor | : | MOTION NO. |
| | : | |
| | : | |

JUNE BAILEY,

       Movant

vs.

RONDA WINNECOUR, Trustee,

       Respondent

### DEBTORS' SCHEDULE OF UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF THE CHAPTER 13 CASE AND BEFORE CONVERSION

None.

/s/Joseph E. Fieschko Jr.
Attorney for the Debtor
Joseph E. Fieschko Jr., Esquire
Suite 2230
436 Seventh Avenue
Pittsburgh PA  15219
(412)  281-2204
FAX 412-338-9169
joe@fieschko.com
PA I.D.#:28797