IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUNE BAILEY, | : | BANKRUPTCY NO. 16-70078 |
| | : | CHAPTER 13 |
| Debtor | : | MOTION NO. |
| | : | |
| | : | |

JUNE BAILEY,

        Movant

vs.

RONDA WINNECOUR, Trustee,

        Respondent

### PROPERTY NOT LISTED PURSUANT TO BANKRUPTCY RULE 1019(5)(C)(i)

None.

        Respectfully Submitted:

        /s/Joseph E. Fieschko Jr.
        Attorney for the Debtor
        Joseph E. Fieschko Jr., Esquire
        Suite 2230
        436 Seventh Avenue
        Pittsburgh PA  15219
        (412)  281-2204
        FAX 412-338-9169
        joe@fieschko.com
        PA I.D.#:28797