**Form 132**

**UNITED STATES BANKRUPTCY COURT**  37
**WESTERN DISTRICT OF PENNSYLVANIA**  mgut

In re:    Bankruptcy Case No.: 16−70078−JAD

Chapter: 7

**June Marie Bailey**
**aka June Marie Tunstall**
   Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

   Lisa M. Swope is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 12/5/16    **Andrew R. Vara**
Acting United States Trustee

**Joseph S. Sisca**
Assistant United States Trustee
Western District of Pennsylvania

---

I Lisa M. Swope, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                                                            Lisa M. Swope

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-70078-JAD
June Marie Bailey                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: mgut              Page 1 of 1              Date Rcvd: Dec 05, 2016
                              Form ID: 132            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2016.
tr          +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
              Ebensburg, PA 15931-0270

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                  Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2016 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    U.S. National Bank Association et al...
       agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Joseph E. Fieschko, Jr.    on behalf of Debtor June Marie Bailey joe@fieschko.com,
       rcfishko@aol.com
      Joshua I. Goldman    on behalf of Creditor    U.S. National Bank Association et al...
       bkgroup@kmllawgroup.com
      Lisa M. Swope    lms@nsslawfirm.com,   klw@nsslawfirm.com;pa73@ecfcbis.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                               TOTAL: 7