| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **June Marie Bailey** <br> First Name    Middle Name    Last Name | Social Security number or ITIN | **xxx–xx–4862** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court <br> **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter **13** | **2/8/16** |
| Case number:    **16–70078–JAD** | | Date case converted to chapter **7** | **12/5/16** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | June Marie Bailey | |
| 2. | **All other names used in the last 8 years** | aka June Marie Tunstall | |
| 3. | **Address** | PO Box 154 <br> Acosta, PA 15520 | |
| 4. | **Debtor's attorney** <br> Name and address | Joseph E. Fieschko Jr. <br> Fieschko & Associates <br> Suite 2230 <br> 436 7th Avenue <br> Pittsburgh, PA 15219 | Contact phone 412–281–2204 |
| 5. | **Bankruptcy trustee** <br> Name and address | Lisa M. Swope <br> Neugebauer & Swope, P.C. <br> 219 South Center Street <br> P. O. Box 270 <br> Ebensburg, PA 15931 | Contact phone 814–472–7151 |
| | | The United States Trustee, Region3, appoints this individual as interim trustee as of the date of the filing of the bankruptcy petition. | |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open Monday – Friday<br>9:00 AM – 4:30 PM<br>Contact phone 412–644–2700<br>Date: 12/5/16 |
| | The Court uses an electronic filing system and filers must follow the Court's Local Rules governing the manner in which documents must be filed. Persons not represented by an attorney may file paper documents at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**Photo ID/Delays:** For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. | |
| **7. Meeting of creditors** | **February 1, 2017 at 09:00 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **2nd Floor Conference Room,<br>110 Franklin Street,<br>Johnstown, PA 15905** |
| **8. Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/3/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/2/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/8/16** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object | |

to exemptions in line 9.

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set** page **2**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-70078-JAD
June Marie Bailey                                                     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: mgut              Page 1 of 2              Date Rcvd: Dec 05, 2016
                              Form ID: 309B           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
db         +June Marie Bailey,    PO Box 154,    Acosta, PA 15520-0154
aty        +Andrew F Gornall,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
             Philadelphia, PA 19106-1541
aty        +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
             Philadelphia, PA 19106-1541
aty        +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
tr         +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
             Ebensburg, PA 15931-0270
cr         +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
             Pittsburgh, PA 15212-5861
14175285   +A.R.M.,    PO Box 3666,   Camarillo, CA 93011-3666
14175286   +Agency Insurance Company,    PO Box 8900,    Elkridge, MD 21075-8900
14175287   +Aldous & Associates, PLLC,    PO Box 171374,    Salt Lake City, UT 84117-1374
14175289   +Boswell Fire Dep. Ambulance,    PO Box 816,    Johnstown, PA 15907-0816
14175290   +Cambria Somerset Radiology,    239 Main Street, Ste 400,    Johnstown, PA 15901-1640
14175292   +Conemaugh Memorial Medical Center,    PO Box 643928,    Pittsburgh, PA 15264-3928
14175293   +Conemaugh Physician Group,    PO Box 644633,    Pittsburgh, PA 15264-4633
14175296   +Forest B. Fordham, III,    351 Budfield St.,    Johnstown, PA 15904-3213
14175297   +Foundation Radioloogy Group,    PO Box 49,    Pittsburgh, PA 15230-0049
14175298   +Johnstown Hospitalists Service,    1407 Eisenhower Blvd. Ste 104,    Johnstown, PA 15904-3262
14175299   +Medical Associates of Boswell,    430 Stoneycreek Street,    Boswell, PA 15531-1098
14175300   +Nationstar,    PO Box 650783,   Dallas, TX 75265-0783
14268797    North Star School Dist./Jenner Twp,    c/o PA Municipal Service,    336 Delaware Ave Dept P-NS,
             Oakmont, PA  15139-2138
14175301   +Northwest Consumer Discount,    PO Box 5487,    Johnstown, PA 15904-5487
14175302   +PA Municipal Service,    336 Delaware Avenue,    Oakmont, PA 15139-2138
14175304    Penelec,    PO Box 3687,   Acosta, PA 15520
14175303   +Penelec,    PO Box 16001,   Reading, PA 19612-6001
14179084   +Penelec, A FirstEnergy Company,    FirstEnergy,    331 Newman Springs Rd Building 3,
             Red Bank, NJ 07701-5688
14175305   +Pennsylvania Collection Service,    PO Box 893,    Washington, PA 15301-0893
14175306   +Somerset Anesthesia, Inc.,    1699 Washington Rd. Ste 307,    Pittsburgh, PA 15228-1629
14175307   +Somerset Cardiology,    329 S. Pleasant Avenue,    Somerset, PA 15501-2262
14175308   +Somerset Hospital,    225 S. Center Street,    Somerset, PA 15501-2088
14175309   +Somerset Pulmonary Medicine,    329 S. Pleasant Avenue,    Somerset, PA 15501-2262
14175310   +Suburban Propane,    PO Box J,   Whippany, NJ 07981-0409
14175311   #+The CBE Group,    PO Box 2594,   Waterloo, IA 50704-2594
14239848   +U.S. Bank National Association as Indenture Truste,    Nationstar Mortgage LLC,
             P.O. Box 619096,    Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: joe@fieschko.com Dec 06 2016 02:07:39      Joseph E. Fieschko, Jr.,
             Fieschko & Associates,    Suite 2230,    436 7th Avenue,    Pittsburgh, PA  15219
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 06 2016 02:08:08       Pennsylvania Dept. of Revenue,
             Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
ust        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Dec 06 2016 02:08:18      
             Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
             Pittsburgh, PA 15222-3721
14175288   +EDI: GMACFS.COM Dec 06 2016 01:53:00      Ally,    PO Box 380901,    Minneapolis, MN 55438-0901
14194299    EDI: GMACFS.COM Dec 06 2016 01:53:00      Ally Financial,    PO Box 130424,
             Roseville MN 55113-0004
14208225    EDI: AIS.COM Dec 06 2016 01:53:00      American InfoSource LP as agent for,    Verizon,
             PO Box 248838,    Oklahoma City, OK  73124-8838
14175291   +E-mail/Text: hariasdiaz@creditmanagementcompany.com Dec 06 2016 02:08:37       CMC,
             2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14175294    EDI: DIRECTV.COM Dec 06 2016 01:53:00      Direct TV,    PO Box 11732,    Newark, NJ 07101
14175295    EDI: DIRECTV.COM Dec 06 2016 01:53:00      Direct TV,    PO Box 78626,    Phoenix, AZ 85062
14175312   +EDI: VERIZONWIRE.COM Dec 06 2016 01:53:00      Verizon,    PO box 25505,
             Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. National Bank Association et al...
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-7              User: mgut              Page 2 of 2              Date Rcvd: Dec 05, 2016
                                  Form ID: 309B           Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. National Bank Association et al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Joseph E. Fieschko, Jr.    on behalf of Debtor June Marie Bailey joe@fieschko.com,
               rcfishko@aol.com
              Joshua I. Goldman    on behalf of Creditor    U.S. National Bank Association et al...
               bkgroup@kmllawgroup.com
              Lisa M. Swope    lms@nsslawfirm.com, klw@nsslawfirm.com;pa73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```