**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JUNE MARIE BAILEY

Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:16-70078 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/08/2016 and confirmed on 03/24/2016. The case was subsequently   (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,220.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,215.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 277.60 | |
|   Trustee Fee | 196.62 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 474.22 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - TRUSTEE<br>Acct: 5706 | 0.00 | 4,740.78 | 0.00 | 4,740.78 |
| US BANK NA - TRUSTEE<br>Acct: 5706 | 17,362.97 | 0.00 | 0.00 | 0.00 |
| JENNER AREA JOINT SEWER AUTH.<br>Acct: | 789.00 | 0.00 | 0.00 | 0.00 |
| | | | | 4,740.78 |
| **Priority** | | | | |
| JOSEPH E FIESCHKO JR ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JUNE MARIE BAILEY<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JUNE MARIE BAILEY<br>Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
| JOSEPH E FIESCHKO JR ESQ<br>Acct: | 2,800.00 | 277.60 | 0.00 | 0.00 |
| NORTH STAR SD/JENNER TWP<br>Acct: 0309 | 727.75 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| LTMA | 416.32 | 0.00 | 0.00 | 0.00 |
| Acct: 1270 | | | | |
| NORTH STAR SD/JENNER TWP | 230.59 | 0.00 | 0.00 | 0.00 |
| Acct: 4862 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| ARM SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0063 | | | | |
| AGENCY INSURANCE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2868 | | | | |
| ALDOUS AND ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLY FINANCIAL(*) | 9,355.71 | 0.00 | 0.00 | 0.00 |
| Acct: 1028 | | | | |
| BOSWELL FIRE DEP AMBULANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0490 | | | | |
| CAMBRIA SOMERSET RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4895 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0366 | | | | |
| CONEMAUGH MEMORIAL MED CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6869 | | | | |
| CONEMAUGH PHYSICIANS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3367 | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8668 | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1601 | | | | |
| FORREST B FORDHAM III ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOUNDATION RADIOLOGY GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHNSTOWN HOSPITALISTS SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2704 | | | | |
| MEDICAL ASSOCIATES OF BOSWELL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5047 | | | | |
| NORTHWEST CONSUMER DISC CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5965 | | | | |
| PENELEC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8046 | | | | |
| PENNSYLVANIA ELECTRIC/PENELEC - A F | 4,350.42 | 0.00 | 0.00 | 0.00 |
| Acct: 8046 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA COLLECTION SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7381 | | | | |
| SOMERSET ANESTHESIA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5331 | | | | |
| SOMERSET CARDIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0243 | | | | |
| SOMERSET HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOMERSET PULMONARY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1200 | | | | |
| SUBURBAN PROPANE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7423 | | | | |
| CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7180 | | | | |

| 16-70078 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|     AMERICAN INFOSOURCE LP AGENT FOR \ | 561.49 | 0.00 | 0.00 | 0.00 |
|         Acct: 0001 | | | | |

* * * N O N E * * *

| | | | | |
|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | 4,740.78 |
|    TOTAL CLAIMED | | | | |
|    PRIORITY | 1,374.66 | | | |
|    SECURED | 18,151.97 | | | |
|    UNSECURED | 14,267.62 | | | |

Date: 12/27/2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com