**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: June Marie Bailey a/k/a June Marie Tunstall<br>　　　Debtor. | BANKRUPTCY CASE NUMBER<br>16-70078/JAD |
| Nationstar Mortgage LLC as servicer for U.S. Bank National Association as Indenture Trustee for Springleaf Mortgage Loan Trust 2013-3, Mortgage-Backed Notes, Series 2013-3<br>　　　Movant,<br>v. | CHAPTER 7<br>11 U.S.C. § 362<br><br>Hearing Date and Time: April 25, 2017, at 10:00 AM<br><br>Objections due by: April 3, 2017 |
| June Marie Bailey a/k/a June Marie Tunstall<br>　　　Debtor/Respondent.<br><br>Lisa M. Swope, Trustee<br>　　　Additional Respondent. | Docket #: 57<br><br>Related to Doc # _____ |

## ORDER

AND NOW, this 5th day of April, 2017, at the Western District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 481 Acosta Road fk/a 481 Main Street, Acosta, PA 15520; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

FILED
4/5/17 2:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

HONORABLE JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
June Marie Bailey  
    Debtor

Case No. 16-70078-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: mgut     Page 1 of 1     Date Rcvd: Apr 05, 2017  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2017.  
db            +June Marie Bailey,    PO Box 154,    Acosta, PA 15520-0154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2017 at the address(es) listed below:  
       Andrew F Gornall    on behalf of Creditor    U.S. National Bank Association et al...  
        agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       James Warmbrodt    on behalf of Creditor    U.S. National Bank Association et al...  
        bkgroup@kmllawgroup.com  
       Joseph E. Fieschko, Jr.    on behalf of Debtor June Marie Bailey joe@fieschko.com,  
        rcfishko@aol.com  
       Joshua I. Goldman    on behalf of Creditor    U.S. National Bank Association et al...  
        bkgroup@kmllawgroup.com  
       Kevin Scott Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com  
       Lisa M. Swope    lms@nsslawfirm.com,    klw@nsslawfirm.com;pa73@ecfcbis.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
        srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                           TOTAL: 8