**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **June Marie Bailey** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–4862** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **16–70078–JAD**

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

June Marie Bailey
aka June Marie Tunstall

4/26/17                                                                  **By the court:**  Jeffery A. Deller
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                             Case No. 16-70078-JAD
June Marie Bailey                                                  Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: admin                  Page 1 of 2         Date Rcvd: Apr 26, 2017
                              Form ID: 318                 Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2017.
db             +June Marie Bailey,    PO Box 154,    Acosta, PA 15520-0154
tr             +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
                 Ebensburg, PA 15931-0270
cr             +NATIONSTAR MORTGAGE LLC,    8950 Cypress Waters Boulevard,    Coppell, TX 75019-4620
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
14175285       +A.R.M.,    PO Box 3666,   Camarillo, CA 93011-3666
14175286       +Agency Insurance Company,    PO Box 8900,    Elkridge, MD 21075-8900
14175287       +Aldous & Associates, PLLC,    PO Box 171374,    Salt Lake City, UT 84117-1374
14175289       +Boswell Fire Dep. Ambulance,    PO Box 816,    Johnstown, PA 15907-0816
14175290       +Cambria Somerset Radiology,    239 Main Street, Ste 400,    Johnstown, PA 15901-1640
14175292       +Conemaugh Memorial Medical Center,    PO Box 643928,    Pittsburgh, PA 15264-3928
14175293       +Conemaugh Physician Group,    PO Box 644633,    Pittsburgh, PA 15264-4633
14175296       +Forest B. Fordham, III,    351 Budfield St.,    Johnstown, PA 15904-3213
14175297       +Foundation Radiooogy Group,    PO Box 49,    Pittsburgh, PA 15230-0049
14175298       +Johnstown Hospitalists Service,    1407 Eisenhower Blvd. Ste 104,    Johnstown, PA 15904-3262
14175299       +Medical Associates of Boswell,    430 Stoneycreek Street,    Boswell, PA 15531-1098
14175300       +Nationstar,    PO Box 650783,   Dallas, TX 75265-0783
14268797        North Star School Dist./Jenner Twp,    c/o PA Municipal Service,    336 Delaware Ave Dept P-NS,
                 Oakmont, PA  15139-2138
14175301       +Northwest Consumer Discount,    PO Box 5487,    Johnstown, PA 15904-5487
14175302       +PA Municipal Service,    336 Delaware Avenue,    Oakmont, PA 15139-2138
14175304        Penelec,    PO Box 3687,   Acosta, PA 15520
14175303       +Penelec,    PO Box 16001,   Reading, PA 19612-6001
14179084       +Penelec, A FirstEnergy Company,    FirstEnergy,    331 Newman Springs Rd Building 3,
                 Red Bank, NJ 07701-5688
14175305       +Pennsylvania Collection Service,    PO Box 893,    Washington, PA 15301-0893
14175306       +Somerset Anesthesia, Inc.,    1699 Washington Rd. Ste 307,    Pittsburgh, PA 15228-1629
14175307       +Somerset Cardiology,    329 S. Pleasant Avenue,    Somerset, PA 15501-2262
14175308       +Somerset Hospital,    225 S. Center Street,    Somerset, PA 15501-2088
14175309       +Somerset Pulmonary Medicine,    329 S. Pleasant Avenue,    Somerset, PA 15501-2262
14175310       +Suburban Propane,    PO Box J,   Whippany, NJ 07981-0409
14175311      #+The CBE Group,    PO Box 2594,   Waterloo, IA 50704-2594
14239848       +U.S. Bank National Association as Indenture Truste,     Nationstar Mortgage LLC,
                 P.O. Box 619096,    Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2017 01:11:11      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14175288       +EDI: GMACFS.COM Apr 27 2017 00:58:00      Ally,   PO Box 380901,    Minneapolis, MN 55438-0901
14194299        EDI: GMACFS.COM Apr 27 2017 00:58:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
14208225        EDI: AIS.COM Apr 27 2017 00:58:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
14175291       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Apr 27 2017 01:11:37      CMC,
                 2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14175294        EDI: DIRECTV.COM Apr 27 2017 00:58:00      Direct TV,    PO Box 11732,   Newark, NJ 07101
14175295        EDI: DIRECTV.COM Apr 27 2017 00:58:00      Direct TV,    PO Box 78626,   Phoenix, AZ 85062
14175312       +EDI: VERIZONWIRE.COM Apr 27 2017 00:58:00      Verizon,    PO box 25505,
                 Lehigh Valley, PA 18002-5505
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. National Bank Association et al...
                                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0315-7          User: admin              Page 2 of 2            Date Rcvd: Apr 26, 2017
                              Form ID: 318             Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 26, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    U.S. National Bank Association et al...
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt     on behalf of Creditor    U.S. National Bank Association et al...
           bkgroup@kmllawgroup.com
          Joseph E. Fieschko, Jr.    on behalf of Debtor June Marie Bailey joe@fieschko.com,
           rcfishko@aol.com
          Joshua I. Goldman    on behalf of Creditor    U.S. National Bank Association et al...
           bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
          Lisa M. Swope    lms@nsslawfirm.com, klw@nsslawfirm.com;pa73@ecfcbis.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8
```